**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  04-cv-2181-REB-PAC

CHARLES GRIFFITHS,

    Plaintiff,

v.

PAONIA STATE BANK,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

On November 10, 2005, the parties filed a **Stipulation to Dismiss With Prejudice** [#24].  After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation to Dismiss With Prejudice** [#24], filed on November 10, 2005, is **APPROVED**;

2. That this action is **DISMISSED WITH PREJUDICE**, with the parties to pay their own attorney fees and costs;

3. That the Trial Preparation Conference set for June 2, 2006, is **VACATED**; and

4.  That the jury trial set to commence June 19, 2006, is **VACATED**.

Dated November 14, 2005, at Denver, Colorado.

                                                BY THE COURT:

                                                s/ Robert E. Blackburn
                                                Robert E. Blackburn
                                                United States District Court

Case 1:04-cv-02181-REB-PAC   Document 25   Filed 11/14/05   USDC Colorado   Page 2 of 2